UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62387-CIV-COHN/VALLE

KRISTY BECKWITH, individually and on
behalf of a class of all persons and entities
similarly situated,

    Plaintiff,

v.

NORTHEASTERN HEALTH GROUP,
INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Dismissal [DE 16] ("Notice"). The Court has reviewed the Notice and the record in this case, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of March, 2024.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF